DELANO HOTEL, INC., a Florida Corporation, and BEN HOW REALTY, INC., a Florida Corporation, v. CITY OF MIAMI BEACH, a Municipal Corporation, EDWARD J. SINGER, REBA SINGER (his wife), SAMUEL KULOK, and CONSTANCE KULOK (his wife), as partners doing business under the firm name of NATIONAL HOTEL, and WILLIAM H. SIMON.

34 So. (2nd) 459                                        January Term, 1948
March 19, 1948                                                Division B

*Abe Schonfeld, Kunkel & White* and *R. E. Kunkel,* for appellants.

*Ben Shepard, Broad & Cassel and Vincent C. Giblin,* for appellees.

BARNS, J.:

The appellants, having filed their bill of complaint, the appellees filed their motion to dismiss, and, upon hearing, the chancellor sustained the motion to dismiss and dismissed the bill, whereupon the appellants bring this, their appeal.

Upon an inspection of the bill, it appears that it is not entirely without equity; wherefore the decree appealed is reversed.

TERRELL, CHAPMAN and ADAMS, JJ., concur.